PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCUS NEWTON,<br><br>Defendants. | CASE NO. 1:22-CR-00120-ADA-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: June 14, 2023<br>TIME: 1:00 P.M.<br>COURT: Hon. Barbara A. McAuliffe |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on June 14, 2023.

2. By this stipulation, defendant now moves to continue the status conference until August 9, 2023, and to exclude time between June 14, 2023, and August 9, 2023, under 18 U.S.C. § 3161(h)(7)(A), B(i) and (ii) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes wiretap recordings, thousands of pages of investigative reports, surveillance video, audio recordings, cell phone extractions, and other voluminous materials. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) Counsel for defendant desires additional time consult with her client, review the

1    voluminous discovery, and conduct independent investigation.

2       c) Counsel for defendant believes that failure to grant the above-requested

3    continuance would deny her the reasonable time necessary for effective preparation, taking into

4    account the exercise of due diligence.

5       d) The government does not object to the continuance.

6       e) Based on the above-stated findings, the ends of justice served by continuing the

7    case as requested outweigh the interest of the public and the defendant in a trial within the

8    original date prescribed by the Speedy Trial Act.

9       f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

10   et seq., within which trial must commence, the time period of June 14, 2023 to August 9, 2023,

11   inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(i), B(ii) [Local Code

12   T4] because it is so unusual or so complex, due to the number of defendants, the nature of the

13   prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect

14   adequate preparation for pretrial proceedings or for the trial itself within the time limits

15   established by this section.

16    4. Nothing in this stipulation and order shall preclude a finding that other provisions of the

17   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

18   must commence.

19    IT IS SO STIPULATED.

Dated:  June 6, 2023          PHILLIP A. TALBERT
                    United States Attorney

                    /s/ JUSTIN J. GILIO
                    JUSTIN J. GILIO
                    Assistant United States Attorney

Dated:  June 6, 2023          /s/ Christina Corcoran
                    Christina Corcoran
                    Counsel for Defendant
                    Marcus Newton

# **ORDER**

IT IS SO ORDERED that the status conference is continued from June 14, 2023, to **August 9, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(i), B(ii).

IT IS SO ORDERED.

Dated: **June 6, 2023**        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE